**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angelo Vitalone Sr. | Social Security number or ITIN  xxx–xx–3892 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–24987–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angelo Vitalone Sr.

5/5/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-24987-JNP |
| Angelo Vitalone, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelo Vitalone, Sr., 122 Green Avenue, G19, Woodbury, NJ 08096-2765 |
| 516323740 | + | Carole Vitalone, c/o Angelo Vitalone Jr., 19 McKinley Avenue, Blackwood, NJ 08012-5355 |
| 516323741 | + | Future Income Payments, LLC, 18300 Von Karman Ave, Suite 410, Irvine, CA 92612-0192 |
| 516343114 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516323750 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, N.J. Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516323745 | | Sealy Realty CO, 1200 Greensboro Ave, Tuscaloosa, AL 35401-2839 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@southjerseyfcu.com | May 05 2021 20:25:00 | South Jersey FCU, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 516323738 | + | EDI: AAEO.COM | May 06 2021 00:23:00 | Aaron's Furniture, 801 Blackwood Clementon Rd, Clementon, NJ 08021-5900 |
| 516323739 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 05 2021 20:26:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 516323742 | | EDI: IRS.COM | May 06 2021 00:23:00 | Internal Revenue Service, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516518908 | | EDI: PRA.COM | May 06 2021 00:23:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516521213 | | EDI: PRA.COM | May 06 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 516323743 | | EDI: RMSC.COM | May 06 2021 00:23:00 | PayPal Credit Services, PO Box 960080, Orlando, FL 32896-0080 |
| 516358878 | | EDI: Q3G.COM | May 06 2021 00:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516323744 | + | EDI: DRIV.COM | May 06 2021 00:23:00 | Santander Consumer USA, 5201 Rufe Snow Drive, North Richland Hills, TX 76180-6036 |
| 516362943 | + | EDI: DRIV.COM | May 06 2021 00:23:00 | Santander Consumer USA, PO BOX 560284, Dallas, TX 75356-0284 |
| 516363612 | + | EDI: DRIV.COM | May 06 2021 00:23:00 | Santander Consumer USA Inc., Po Box 961245, |

Case 16-24987-JNP    Doc 52    Filed 05/07/21    Entered 05/08/21 00:21:16    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Fort Worth TX 76161-0244 |
| 516323746 | + | Email/Text: courts@southjerseyfcu.com | May 05 2021 20:25:00 | South Jersey Federal Credit Union, Po Box 5530, Woodbury, NJ 08096-0530 |
| 516323751 | | EDI: RMSC.COM | May 06 2021 00:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516323752 | | EDI: RMSC.COM | May 06 2021 00:23:00 | Synchrony Bank/CareCredit, Po Box 965033, Orlando, FL 32896-5033 |
| 516323753 | | EDI: RMSC.COM | May 06 2021 00:23:00 | Synchrony Bank/Home Design-Furniture, Attm: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 516323754 | + | EDI: RMSC.COM | May 06 2021 00:23:00 | Synchrony Bank/Walmart, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516323755 | | EDI: USAA.COM | May 06 2021 00:23:00 | USAA Credit Card Payments, 10750 Mcdermott Fwy, San Antonio, TX 78288-0509 |
| 516521359 | + | Email/Text: bncmail@w-legal.com | May 05 2021 20:25:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516323756 | + | EDI: BLUESTEM | May 06 2021 00:23:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516323748 | *+ | South Jersey Federal Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 516323749 | *+ | South Jersey Federal Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 516323747 | *+ | South Jersey Federal Credit Union, Po Box 5530, Woodbury, NJ 08096-0530 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John F Newman
    on behalf of Creditor South Jersey FCU courts@southjerseyfcu.com

Kimberly A. Wilson
    on behalf of Debtor Angelo Vitalone  Sr. k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

TOTAL: 6